# AFFIDAVIT IN SUPPORT OF

# AN APPLICATION FOR A SEARCH WARRANT

I, Joshua Davis, being first duly sworn, hereby depose and state the following:

## INTRODUCTION AND DETECTIVE BACKGROUND

1. I am a detective with the Kansas City, Missouri, Police Department ("KCPD") and have been so employed since December 1997. I am currently assigned to the Special Investigation Division/Drug Investigation Squad and have been a detective since 2005. I am also assigned as a Task Force Officer with the Federal Bureau of Investigation, Transnational Organized Crime (TOC) Drug Squad, and have been since 2017. As a Detective/Task Force Officer, I have received training and have been involved in the investigations of drug trafficking, money laundering, and the movement and concealment of proceeds and assets purchased with proceeds of drug transactions.

2. While employed as a law enforcement officer, I have participated in various investigations involving the possession/manufacture/distribution of a controlled substance, contrary to Title 21, United States Code, Section 841(a)(1); the use of a communications facility (telephone) to facilitate a drug trafficking crime, in violation of Title 21, United States Code, Section 843(b); and the associated conspiracies, in violation of Title 21, United States Code, Section 846. I have participated in long term, historical investigations of drug distribution organizations. I have been involved in the debriefing of defendants and others who had knowledge of the distribution and transportation of controlled substances and of the laundering and concealing of proceeds derived from drug dealing. Further, I have supervised or participated in physical surveillance, electronic surveillance, undercover transactions, controlled drug purchases, and the execution of search warrants.

1

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based upon the facts set forth within this affidavit, there is probable cause to believe that violations of 21 U.S.C. § 841(a)(1), possession with intent to distribute a controlled substance, and 21 U.S.C. § 846, conspiracy to possess with intent to distribute a controlled substance have been committed, are being committed, and/or will be committed by **Leetez HAWKINS** and others known and as yet unknown.

## PROBABLE CAUSE

5. The United States, including the Federal Bureau of Investigation ("FBI") and the Kansas City, Missouri, Police Department (KCPD), are conducting a criminal investigation of Leetez **HAWKINS** regarding possible violations of 21U.S.C. § 841(a)(1), possession with intent to distribute a controlled substance, and 21 U.S.C. § 846, conspiracy to possess with intent to distribute a controlled substance.

6. On March 6, 2025, the Kansas City, Missouri, Police Department and the FBI executed a search warrant on 2904 N. Osage Street, Independence, Missouri and arrested Leetez **HAWKINS**. A search of the residence uncovered four (4) cellphones, one (1) Kindle tablet, one (1) Contixo tablet, one (1) Ziplock bag with white powder-like substance believed to be cocaine (located in **HAWKINS** bedroom), approximately $1,940.00 of U.S. Currency (located in **HAWKINS** bedroom), approximately $1,065.00 of U.S. Currency on his person, one (1) Sig Sauer 9mm handgun with magazine, live ammunition and holster (under the mattress inside **HAWKINS** bedroom), Brigade model BM-F9 (located in basement on floor inside a black bag),

one (1) Taurus 709 9mm handgun (located in basement on floor inside a black bag), one (1) silver and black Taurus Spectrum .380 handgun with magazine and live ammunition (located in basement on floor inside a black bag), one (1) 9mm extended magazine (located in basement on floor inside a black bag), two (2) handgun magazines (located in basement on floor inside a black bag) and one (1) Promag 9mm drum magazine (located in basement on floor inside a black bag).

7. After the execution of the search warrant the case detective observed a 2024 gray Nissan Sentra with Michigan tags EVZ-4069 (D.O.R. responds to EAN holdings – Enterprise Rental) parked in the driveway of 2902 North Osage Street, Independence, Missouri. This is the same vehicle that **HAWKINS** drove during the narcotics transaction on February 20, 2025, when the confidential informant purchased 57.78 grams of cocaine for $2,000 of pre-recorded Drug Investigation Squad buy money.

8. The 2024 gray Nissan Sentra with Michigan tags EVZ-4069 was parked in the neighbor's driveway, which is a vacant residence. KCPD Sergeant Aaron Benson – Drug Investigation Squad, identified the owner of 2902 North Osage Street and called him. The owner, Jack Murphy, said that no one has permission to park in that driveway and he wanted the vehicle removed from the property.

9. Independence Police Department personnel at the search warrant scene informed search warrant investigators that earlier in the morning of March 6, 2025, they attempted to conduct a vehicle stop on this 2024 gray vehicle bearing Michigan license plate EVZ-4069. However, the vehicle, driven by an unknown subject, fled from police and blacked out their vehicle around U.S. 24 Hwy and North Liberty, Independence, Missouri. The Independence Police Department discontinued the pursuit and did an area canvass looking for the vehicle.

Later, IPD officers observed this same vehicle parked at 2902 North Osage Street, Independence, Missouri. Investigators informed IPD officers about the impending residential search warrant and they acquiesced and left the area.

10. Because surveillance officers confirmed that **HAWKINS** drove this vehicle during a previous narcotics transaction, I had a K-9 officer and his dog conduct a narcotics sniff of the vehicle. KCPD Detective Michael Wells and Daygoro came to the scene and conducted the narcotics sniff of the vehicle. Daygoro had a positive hit on the vehicle for narcotics. "Assuming that the dog is reliable, a dog sniff resulting in an alert on a container, car, or other item, standing alone, gives an officer probable cause to believe that there are drugs present. *United States v. Bowman*, 660 F.3d 338, 345 (8th Cir. 2011).

11. Daygoro is an eight-year-old German Shepherd and is trained and certified to alert to the odor of marijuana, cocaine, methamphetamine and heroin. Daygoro was most recently certified on May 1, 2024, by the National Police Canine Association. Daygoro has assisted with the recovery of 907.071 pounds of marijuana/THC, 19.105 pounds of cocaine, 318.376 pounds of methamphetamine, 2.143 pounds of heroin and $549,977 in U.S. currency.

12. The vehicle was towed to the KCMO city tow lot and placed in a secure facility and held for the case detective in anticipation of a search warrant for the vehicle.

## CONCLUSION

13. I submit this affidavit supports probable cause for a search warrant of the vehicle, a 2024 Nissan Sentra, gray in color, with Michigan license plate EVZ-4069, VIN 3N1AB8CV5RY330520.

FUTHER AFFIANT SAYETH NAUGHT

_____
Detective Joshua Davis #4395
Kansas City, Missouri Police Department
Special Investigation Division Drug Investigation Squad

Sworn to and subscribed via telephone on this 11th day of March 2025.

By telephone at 12:43 pm, signature confirmed

_____
HONORABLE W. BRIAN GADDY
United States Magistrate Judge Western District of Missouri

5